**United States District Court**
For the Northern District of California

1

2              IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    DISTRICT COUNCIL,                        No. C 10-05961 CW

6              Plaintiff,                      ORDER RE DEFAULT

7         v.

8    WALLACE FLOORING INC,

9              Defendant.

10   _____/

11

12        Default having been entered by the Clerk on February 1, 2011,

13        IT IS HEREBY ORDERED that Plaintiff shall file a motion for

14   default judgment within 30 days from the date of this order, and

15   upon filing of motion for default judgment, said motion will be

16   referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

17   heard and considered at the convenience of his/her calendar.  The

18   Magistrate Judge shall prepare findings and recommendation on the

19   motion.

20        IT IS FURTHER ORDERED that the Case Management Conference

21   previously set for Tuesday, April 26, 2011 is maintained.

22

23   Dated: 2/3/2011                    _____
                                        CLAUDIA WILKEN
24                                      United States District Judge

25   cc:  Sue

26

27

28