IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL,<br><br>    Plaintiff,<br><br>  v.<br><br>WALLACE FLOORING INC,<br><br>    Defendant.<br>_____/ | No. C 10-05961 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, April 14, 2011 is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.  The Case Management Conference, previously set for Tuesday, April 26, 2011, is continued to **Tuesday, June 28, 2011, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 3/9/2011

                              CLAUDIA WILKEN<br>
                              United States District Judge

cc: Sue