Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALLACE FLOORING, INC., a California corporation, <br><br> Defendant. | Case No.: C10-5961 CW (BZ) <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF** <br><br> Date:        May 25, 2011 <br> Time:        10:00 a.m. <br> Courtroom:   G, 15th Floor <br>              450 Golden Gate Avenue <br>              San Francisco, California <br><br> Judge:  Magistrate Judge Bernard Zimmerman |

I, Blake E. Williams, declare:

1.   I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2.   I submit this Declaration in support of Plaintiffs' pending Motion for Default Judgment filed on March 4, 2011.  I am requesting that Judgment be entered by the Court without the necessity of a hearing and that the Court vacate the hearing date presently set for May 25, 2011 at 10:00 a.m. before the Honorable Magistrate Judge Bernard Zimmerman.

3.   The time for filing any Opposition to the Motion for Default Judgment has passed. Entering Judgment without the necessity of a hearing will keep the fees and costs at a minimum, particularly in light of the fact that collection is uncertain.

1   4. As the Court is aware, this matter has been ongoing for some time. Defendant has a history of ignoring response dates. While Plaintiffs are attempting to collect the amounts already due, it is unlikely that Plaintiffs will come close to full recovery.

Defendant has closed its doors, and is no longer in business. Attached hereto as **EXHIBIT A** and incorporated herein by reference are true and correct copies of a computer printout from the Contractors State License Board website, showing Wallace Flooring's license is canceled and not able to contract, and a computer printout from the California Secretary of State website, showing Wallace Flooring as a dissolved corporation.

As attorneys' fees and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum.

5. Plaintiffs have exercised due diligence by mailing a copy of the Notice of Motion and Motion for Default Judgment to Defendant. I have received nothing to date, nor have I heard anything from Defendant.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 5th day of May, 2011, at San Francisco, California.

        SALTZMAN & JOHNSON
        LAW CORPORATION

    By: _____/s/_____
        Blake E. Williams
        Attorneys for Plaintiffs

IT IS SO ORDERED.

Default Judgment is entered for Plaintiffs and against Defendant, as stated in the [Proposed] Judgment without the necessity of a hearing.

Dated:_____ ZIMMERMAN

**REQUEST IS DENIED**.

Dated: 5/20/2011

*[Stamp: DENIED / Judge Bernard Zimmerman / United States District Court, Northern District of California]*

-2-
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING**
**Case No.: C10-5961 CW (BZ)**

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 5, 2011, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Charles Elliott Wallace**
> **Agent for Service of Process**
> **Wallace Flooring, Inc.**
> **1532 Settlers Court**
> **Folsom, California 95630**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of May, 2011, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C10-5961 CW (BZ)**

P:\CLIENTS\FLRCL\Wallace Flooring\Pleadings\C10-5961 CW (BZ) - Request for Entry of Judgment Without Hearing 050511.DOC