UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>WALLACE FLOORING, INC.,<br><br>    Defendant(s). | No. C10-5961 CW (BZ)<br><br>**ORDER RE DEFAULT JUDGMENT HEARING** |

**IT IS HEREBY ORDERED** as follows:

1. In view of the amount of attorneys' fees requested by plaintiffs, counsel shall either submit a statement that is consistent with Local Rule 54-5(b)(2) or produce its contemporary time records for the Court's in camera inspection by **noon** of **May 24, 2011.**

2. At the hearing on May 25, 2011, plaintiffs shall be prepared to address the accuracy of the liquidated damages

///

///

1

1  they seek for June 2010.

2  Dated: May 20, 2011

   _____
3
                              Bernard Zimmerman
4                        United States Magistrate Judge

5
   G:\BZALL\-REFS\DISTRICT COUNCIL V. WALLACE FLOORING (R&R)\ORDER RE DEFAULT
6  JUDGMENT HEARING.wpd

2