Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-5961 CW (BZ) |
|---|---|
| Plaintiffs, | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |
| v. | Date:       June 28, 2011<br>Time:       2:00 p.m.<br>Location:  1301 Clay Street<br>               Oakland, California<br>Courtroom: 2, 4th Floor<br>Judge:      The Honorable Claudia Wilken |
| WALLACE FLOORING, INC., a California corporation, | |
| Defendant. | |

Plaintiffs hereby submit their Request to Vacate the Case Management Conference currently scheduled for June 28, 2011, at 2:00 p.m. in Courtroom 2.

1. Plaintiffs filed a Motion for Default Judgment on March 4, 2011.

2. On March 9, 2011, this case was referred to Magistrate Judge Bernard Zimmerman for report and recommendation.

3. On May 25, 2011, the Motion for Default Judgment hearing was held.

4. On May 31, 2011, a Report and Recommendation was filed by Magistrate Judge Bernard Zimmerman.

5. There is nothing for this Court to consider at this time.

/ / /

/ / /

4. Therefore, I respectfully request that the current Case Management Conference be vacated.

Date: June 21, 2011

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Blake E. Williams
Attorneys for Plaintiffs

ORDER

The Case Management Conference currently scheduled for June 28, 2011 at 2:00 p.m. is hereby vacated. All related deadlines are vacated accordingly.

Date: **6/23/2011**

_____
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 21, 2011, I served the following document(s):

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Charles Elliott Wallace**
> **Agent for Service of Process**
> **Wallace Flooring, Inc.**
> **1532 Settlers Court**
> **Folsom, California 95630**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of June, 2011, at San Francisco, California.

_____/s/_____
Qui X. Lu