IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALLACE FLOORING, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-5961 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge Zimmerman's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Defendant is ordered to submit to an audit conducted by auditors selected by Plaintiffs at Defendant's premises during business hours, or where Defendant's records are kept, at a reasonable time or times, and to allow said auditors to examine and copy any books, records, papers or reports relating to the time period from June 2010 through January 2011 that are relevant to enforcement of the agreements referred to in the complaint.

IT IS SO ORDERED.

Dated: **8/9/2011**

CLAUDIA WILKEN
United States District Judge